# Composite Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 950,843
Registered Jan. 16, 1973
Renewal Term Begins Jan. 16, 1993

## TRADEMARK
## PRINCIPAL REGISTER

# Chloé

CHLOE SOCIETE ANONYME (FRANCE CORPORATION)
71 AVENUE FRANKLIN ROOSEVELT
75008 PARIS, FRANCE

OWNER OF FRANCE REG. NO. 464837, DATED 5-10-1957.

FOR: LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR—NAMELY, FROCKS, DRESSES, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; [FUR COATS,] VESTS, HATS AND TIES; AND LADIES' SHOES, IN CLASS 39 (INT. CL. 25).

SER. NO. 72–392,040, FILED 5–14–1971.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 11, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

## Certificate of Correction

Registered January 16, 1973                         Registration No. 950,843

Chloé, Societe Anonyme

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, line 1, should be deleted and *Chloé Societe Anonyme (French Corporation)* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 24th day of November 1981.

[SEAL]

Attest:

JANIE COOKSEY,                                        GERALD J. MOSSINGHOFF,

*Attesting Officer.*                              *Commissioner of Patents and Trademarks.*

# United States Patent Office

**950,843**
Registered Jan. 16, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 392,040, filed May 14, 1971

# Chloé

Chloe (French joint-stock company)
71 Avenue Franklin Roosevelt
75 Paris 8, France

For: LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR — NAMELY, FROCKS, D R E S S E S, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; FUR COATS, VESTS, HATS AND TIES; AND LADIES' SHOES—in CLASS 39 (INT. CL. 25).

Owner of French Reg. No. 464,837, dated May 10, 1957 (Seine); Natl. Inst. No. 90,025.



**UNITED STATES PATENT AND TRADEMARK OFFICE**

# Trademark Assignment Abstract of Title

Search results for Registration #: 950843

Generated on Mon Dec 22 2025 12:47:03 GMT-0500 (Eastern Standard Time)

| **Mark** | **Serial number** | **Registration number** | **International number** | **Mark image** |
|---|---|---|---|---|
| CHLOE | 72392040 | 950843 | N/A | |
| | View in TSDR | | | |
| **Registrant/Applicant** | | **Registration date** | | |
| CHLOE S.A.S. | **Filing date** | Jan 16, 1973 | | |
| | May 14, 1971 | | | |

## Assignment 1

**Reel/ Frame**
3549 /0684

**Pages**
9

**Conveyance**
COMPANY CONVERSION.

**Documents**
View documents

**Recorded**
May 25, 2007

**Assignors & execution date**

CHLOE SOCIETE ANONYME

**Execution date:** Oct 25, 2004
**Entity type:** CORPORATION
**Citizenship:** FRANCE

**Assignee**

CHLOE S.A.S.
5-7 AVENUE PERCIER
75008 PARIS
FRANCE

**Entity type:** CORPORATION
**Citizenship:** FRANCE

**Correspondent**

LAWRENCE E. APOLZON

FROSS ZELNICK
LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Attorney docket number**
CEH 0705221

**Domestic representative**
N/A

Int. Cls.: 3, 9, 18, 24, 25 and 26

Prior U.S. Cls.: 1, 3, 21, 26, 39, 40, 41, 42, 51 and 52

Reg. No. 1,491,810

**United States Patent and Trademark Office** Registered June 14, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE COR-
PORATION)
71 AVENUE FRANKLIN ROOSEVELT
PARIS, FRANCE

FOR: PERFUME, TOILET WATER, CO-
LOGNE, BATH AND SHOWER GEL, TALCUM
POWDER, BODY LOTION, BODY CREAM,
PERSONAL DEODORANT, BEAUTY OR BATH
SOAP, BATH SALTS, ALL PURPOSE CLEAN-
ING PREPARATIONS, MAKEUP, HAIR SHAM-
POO, TOOTHPASTE AND HAIR LOTION, IN
CLASS 3 (U.S. CLS. 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, CALCU-
LATORS, DRESSMAKER'S MEASURES, ELEC-
TRIC FLATIRONS AND OPTICAL LENSES, IN
CLASS 9 (U.S. CLS. 21 AND 26).

FOR: FUR AND PELTS SOLD IN BULK,
HANDBAGS, PURSES, TRAVEL CASES, TRAV-
ELLING BAGS, PARASOLS, UMBRELLAS
AND WALKING STICKS, IN CLASS 18 (U.S.
CLS. 1, 3 AND 41).

FOR: TEXTILE FABRICS FOR USE IN THE
MANUFACTURE OF CLOTHING, LINING MA-
TERIAL FOR USE IN THE MANUFACTURE
OF CLOTHING, BED LINEN, BATH LINEN,
HANDKERCHIEFS AND CLOTH LABELS, IN
CLASS 24 (U.S. CL. 42).

FOR: APRONS, BATHROBES, BATHING
SUITS, BERETS, WAISTS OF LADIES
DRESSES, COATS, COLLARS, CUFFS,
DRESSES, FUR STOLES, FUR JACKETS AND
COATS, HATS, HOSIERY, JACKETS, GLOVES,
TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS,
LINGERIE, VEILS, SCARVES, SHAWLS,
BOOTS, SHOES AND SLIPPERS, IN CLASS 25
(U.S. CL. 39).

FOR: ARTIFICIAL FLOWERS AND FRUIT,
HAIRBANDS, BRAIDS, BUCKLES AND
CORDS, NEEDLES, PINS, LACE, EMBROI-
DERY, RIBBONS, HAIR ORNAMENTS, BUT-
TONS, HOOKS AND EYES, IN CLASS 26 (U.S.
CL. 40).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 813907, FILED
9-12-1986, REG. NO. 1370314, DATED 9-12-1986,
EXPIRES 9-12-1996.

OWNER OF U.S. REG. NOS. 950,843, 1,447,853
AND OTHERS.

SER. NO. 648,744, FILED 3-10-1987.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY


**UNITED STATES PATENT AND TRADEMARK OFFICE**

# Trademark Assignment Abstract of Title

Search results for Registration #: 1491810

Generated on Mon Dec 22 2025 12:49:04 GMT-0500 (Eastern Standard Time)

| Mark | Serial number | Registration number | International number | Mark image |
|---|---|---|---|---|
| CHLOE | 73648744 | 1491810 | N/A | CHLOE |
| | View in TSDR | | | |
| **Registrant/Applicant** | **Filing date** | **Registration date** | | |
| CHLOE S.A.S. | Mar 10, 1987 | Jun 14, 1988 | | |

## Assignment 1

**Reel/ Frame**
3549 /0684

**Pages**
9

**Conveyance**
COMPANY CONVERSION.

**Documents**
View documents

**Recorded**
May 25, 2007

**Assignors & execution date**

CHLOE SOCIETE ANONYME

**Execution date:** Oct 25, 2004
**Entity type:** CORPORATION
**Citizenship:** FRANCE

**Assignee**

CHLOE S.A.S.
5-7 AVENUE PERCIER
75008 PARIS
FRANCE

**Entity type:** CORPORATION
**Citizenship:** FRANCE

**Correspondent**

LAWRENCE E. APOLZON

FROSS ZELNICK
LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Attorney docket number**
CEH 0705221

**Domestic representative**
N/A

Page 1 of 1

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**Reg. No. 2,641,982**

**United States Patent and Trademark Office**   Registered Oct. 29, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## SEE BY CHLOE

CHLOE SOCIETE ANONYME (FRANCE COMPANY)
54/56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: JEWELRY, PRECIOUS GEM STONES, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY WATCHES AND CLOCKS; GOODS MADE FROM PRECIOUS METALS AND SEMIPRECIOUS METALS, NAMELY BELT BUCKLES; GOODS COATED WITH PRECIOUS METALS AND SEMI-PRECIOUS METALS, NAMELY, BELT BUCKLES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LUGGAGE TRUNKS, TRAVELLING BAGS, UMBRELLAS, PARASOLS AND WALKING STICKS; RUCKSACKS, SUITCASES, HOLDALLS, DUFFEL BAGS, TOTE BAGS, TRAVEL CASES, BACKPACKS, HANDBAGS, CREDIT CARD CASE; BRIEFCASES; ATTACHE CASES, PURSES, WALLETS, KEY CASES, COIN PURSES, PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, TROUSERS, SKIRTS, SUITS, DRESSES, JACKETS, BLOUSONS, SHIRTS, COATS, CARDIGANS, SWEATERS, BLOUSES, SHORTS, T-SHIRTS, PULLOVERS, LINGERIE, TIES, SCARVES, FOOTWEAR, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2251157, FILED 11-2-2000, REG. NO. 2251157, DATED 11-2-2000, EXPIRES 11-2-2010.

SER. NO. 76-228,096, FILED 3-20-2001.

ANNE ENDIEVERI, EXAMINING ATTORNEY



# Trademark Assignment Abstract of Title

Search results for Registration #: 2641982

Generated on Mon Dec 22 2025 12:51:20 GMT-0500 (Eastern Standard Time)

| Mark | Serial number | Registration number | International number | Mark image |
|---|---|---|---|---|
| SEE BY CHLOE | 76228096 | 2641982 | N/A | SEE BY CHLOE |
| | View in TSDR | | | |
| **Registrant/Applicant** | | **Registration date** | | |
| CHLOE S.A.S. | **Filing date** | Oct 29, 2002 | | |
| | Mar 20, 2001 | | | |

## Assignment 1

**Reel/ Frame**
3549 /0684

**Pages**
9

**Conveyance**
COMPANY CONVERSION.

**Documents**
View documents

**Recorded**
May 25, 2007

**Assignors & execution date**

CHLOE SOCIETE ANONYME

**Execution date:** Oct 25, 2004
**Entity type:** CORPORATION
**Citizenship:** FRANCE

**Assignee**

CHLOE S.A.S.
5-7 AVENUE PERCIER
75008 PARIS
FRANCE

**Entity type:** CORPORATION
**Citizenship:** FRANCE

**Correspondent**

LAWRENCE E. APOLZON

FROSS ZELNICK
LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Attorney docket number**
CEH 0705221

**Domestic representative**
N/A

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22, and 41**

**Reg. No. 3,291,996**

**United States Patent and Trademark Office**      Registered Sep. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# Chloé

CHLOE S.A.S. (FRANCE CORPORATION)
5-7 AVENUE PERCIER
75008 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER AND IMITA-
TIONS OF LEATHER, NAMELY, HANDBAGS, PUR-
SES, TRAVELING CASES, TRAVELING BAGS,
LUGGAGE, BACKPACKS, TOILETRY CASES SOLD
EMPTY, CREDIT CARD CASES AND HOLDERS,
KEY CASES, COIN PURSES, IN CLASS 18 (U.S. CLS.
1, 2, 3, 22 AND 41).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1994.

OWNER OF U.S. REG. NOS. 1,491,810 AND
2,641,982.

SN 78-761,371, FILED 11-28-2005.

DEZMONA MIZELLE, EXAMINING ATTORNEY

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

# Trademark Assignment Abstract of Title

Search results for Registration #: 3291996

Generated on Mon Dec 22 2025 12:52:52 GMT-0500 (Eastern Standard Time)

---

| | | | | |
|---|---|---|---|---|
| **Mark** | **Serial number** | **Registration number** | **International number** | **Mark image** |
| CHLOÉ | 78761371 | 3291996 | N/A | Chloé |
| **Registrant/Applicant** | View in TSDR | **Registration date** | | |
| CHLOE S.A.S. | **Filing date** | Sep 11, 2007 | | |
| | Nov 28, 2005 | | | |

---

## Assignment 1

**Reel/ Frame**
3549 /0684

**Pages**
9

**Conveyance**
COMPANY CONVERSION.

**Documents**
View documents

**Recorded**
May 25, 2007

**Assignors & execution date**

CHLOE SOCIETE ANONYME

**Execution date:** Oct 25, 2004
**Entity type:** CORPORATION
**Citizenship:** FRANCE

**Assignee**

CHLOE S.A.S.
5-7 AVENUE PERCIER
75008 PARIS
FRANCE

**Entity type:** CORPORATION
**Citizenship:** FRANCE

**Correspondent**

LAWRENCE E. APOLZON

FROSS ZELNICK
LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Attorney docket number**
CEH 0705221

**Domestic representative**
N/A